IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JAMIE ROURK, | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CIVIL ACTION FILE NO.: |
| | * | 4:12-CV-00042 (CDL) |
| | * | |
| BANK OF AMERICA, N.A., | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| _____ | * | |

## PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT

COMES NOW the Plaintiff and files her First Amendment to the Complaint

within 21 days after the service of the Complaint under FRCP 15 (a)(1)(A) and shows as

follows:

COUNT SEVEN

INTENTIONAL NEGLIGENT SERVICING OF LOAN

71.

All allegations in previous paragraphs are incorporated herein.

72.

BANA had duties under various HUD regulations which it intentionally

disregarded, constituting intentional negligence.

73.

Some of these duties under HUD regulations are set forth in paragraphs 56, 57,

58, 59, 60, and 61.

74.

24 CFR § 203.501 and 24 CFR §203.605 requires BANA to engage in loss

mitigation actions which it intentionally failed to do.

Wherefore Plaintiff prays that this amendment be allowed and that she recover

relief as requested in the Complaint.

This 22nd day of February, 2012.

CHARLES A. GOWER, P.C.


/s/ *Charles A. Gower*__
CHARLES A. GOWER
Georgia Bar No. 303500
TERESA T. ABELL
Georgia Bar No. 000383
MIRANDA J. BRASH
Georgia Bar No. 475203



1425 Wynnton Road
P. O. Box 5509
Columbus, GA  31906
(706)324-5685